UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEFFREY A. WHITLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-1386 |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

To: The United States District Court
Northern District of Indiana
Lafayette Division
230 North Fourth Street
Lafayette, IN  47901

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Menard, Inc. ("**Menard**"), by and through its undersigned counsel, files Notice of Removal of this action from the Marion Superior Court No. 12.  In support thereof, Menard states as follows:

1. Plaintiff Jeffrey A. Whitlock ("Plaintiff") commenced this action against Menard in the Marion Superior Court No. 12, a State Court, on April 24, 2018.

2. On April 30, 2018, Menard accepted service of Plaintiff's Summons and Complaint.  A true and correct copy of Plaintiff's Summons and Complaint are attached hereto as **Exhibit "A"**.

3. Menard was at the time Plaintiff's Complaint was filed, a corporation incorporated under the laws of Wisconsin having its principal place of business in Wisconsin.

1

4. Plaintiff is a citizen of Tippecanoe County, Indiana.

5. Plaintiff is alleging he sustained personal injuries when he tripped and fell on an area floor mat at the Menard facility in Lafayette, Indiana.

6. Upon information and belief, the matter in controversy in this matter, at the time of the commencement of this action and at the present time, exceeds the sum or value of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

7. Given the above facts, this action falls under the diversity jurisdiction of this Court under 28 U.S.C. § 1332(a).

8. Menard has served this Notice of Removal within thirty (30) days of having been served with, or otherwise receiving, copies of Plaintiff's Summons and Complaint. *See* 28 U.S.C. § 1446(b).

9. The Marion Superior Court No. 12 is located within the United States District Court for the Southern District of Indiana. Therefore, this Court is the proper Court for removal of this action.

10. Upon filing this Notice of Removal, Menard will provide a written notification to Plaintiff of such action and file a Notification of Removal with the Clerk of the Marion Superior Court, Indiana.

WHEREFORE, Defendant Menard respectfully prays that this case will proceed before this Court as an action properly removed.

Respectfully submitted,

/s/ Barry L. Loftus
Barry L. Loftus #20993-79
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  (765) 423-1561
Fax:  (765) 742-8175
Email:  bll@stuartlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, a copy of the foregoing Notice of Removal was filed electronically.  Service of this filing was made upon:

James F. Ludlow
9520 East Washington Street
Indianapolis, IN  46229

by certified mail.

/s/ Barry L. Loftus
Barry L. Loftus

#957538