49D12-1804-CT-015627

Marion Superior Court, Civil Division 12

Filed: 4/24/2018 12:28 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | | IN THE MARION CIRCUIT / SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | CIVIL DIVISION, ROOM NO. _____ |
| COUNTY OF MARION | ) | | CAUSE NO.: _____ |

JEFFREY A. WHITLOCK,

    Plaintiff,

v.

MENARD, INC.

    Defendant.

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Jeffrey A. Whitlock, by counsel, and for his *Complaint for Damages* against the Defendant, Menard, Inc., asserts and alleges as follows:

1. At all times material hereto, Plaintiff Jeffrey A. Whitlock (hereinafter, "Whitlock") was a resident of Tippecanoe County, Indiana.

2. At all times material hereto, Defendant Menard, Inc. was a privately-held, for-profit corporation having a resident agent in Indianapolis, Marion County, Indiana.

3. At all times material hereto, Defendant Menards, Inc. owned and operated a store center open to the public which was located at 2850 S. Creasy Lane, Lafayette, Indiana (hereinafter, the "Lafayette Menards Store").

4. On or about April 25, 2016 at approximately 4:00 PM, Plaintiff Whitlock entered the premises of the Lafayette Menards Store as a business invitee.

5. After visiting the customer service desk of the Lafayette Menards Store, Plaintiff Whitlock was walking towards the exit of this store when he slipped upon a piece of white molding

**EXHIBIT A**

which was on the floor and fell to the ground.

6. Defendant Menard, Inc., through its employees, contractors, and/or agents, owed a duty to its invitees and visitors, such as Plaintiff Whitlock, to maintain its property in a reasonable and safe condition.

7. At the time of the aforementioned incident, the area of Defendant's Lafayette Menards Store where Plaintiff fell was in a unsafe condition because of the presence of white molding upon the floor that presented an unreasonable hazard to invitees and visitors that the Defendant knew or in the exercise of reasonable care should have known existed, but failed to correct before Plaintiff's fall.

8. As a direct and proximate result of the Defendant's negligence, Plaintiff Whitlock sustained bodily injuries, has incurred medical expenses, and other damages.

**WHEREFORE**, Plaintiff Jeffrey A. Whitlock respectfully prays for a judgment against Defendant Menard, Inc. in a sum sufficient to compensate him for his injuries and losses, for costs and interest as allowed by law, and for all further relief which is just.

Respectfully submitted:

/s/ James F. Ludlow
James F. Ludlow, (#13711-49)
Attorney for Plaintiff

9520 East Washington Street
Indianapolis, IN 46229
Telephone: (317) 897-9466
Fax: (855) 897-9471
Email: jludlow@ludlowlaw.com